**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 25-2463**

_____

KAREN WILLIAMS,

        Plaintiff - Appellant,

    v.

MRS. SCOTT, Internal Revenue Agent; AL MARCELIN, Internal Revenue Agent,

        Defendants - Appellees.

_____

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  Louise W. Flanagan, District Judge.  (5:25-cv-00294-FL)

_____

Submitted:  July 16, 2026                 Decided:  July 20, 2026

_____

Before WILKINSON, RICHARDSON, and QUATTLEBAUM, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Karen Williams, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Karen Williams appeals the district court's order dismissing her civil action without prejudice for lack of subject matter jurisdiction.  The district court referred this case to a magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B).   The magistrate judge recommended that the action be dismissed and advised Williams that failure to file timely and specific objections to this recommendation would waive appellate review of a district court order based upon the recommendation.

The timely filing of specific objections to a magistrate judge's recommendation is necessary to preserve appellate review of the substance of that recommendation when the parties have been warned of the consequences of noncompliance.  *Martin v. Duffy*, 858 F.3d 239, 245 (4th Cir. 2017); *Wright v. Collins*, 766 F.2d 841, 846-47 (4th Cir. 1985); *see also Thomas v. Arn*, 474 U.S. 140, 154-55 (1985).  Williams has forfeited appellate review by failing to file objections to the magistrate judge's recommendation after receiving proper notice.  Accordingly, we affirm the judgment of the district court.

We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

2